North v. Davisson.

## NORTH v. DAVISSON ET AL.

[No. 19,334.   Filed January 8, 1902.]

APPEAL AND ERROR.—*Parties.*—*Drains.*—Where, in an appeal from a judgment establishing a drain, all the parties to the judgment, adverse to appellant, are not made parties to the appeal, the appeal will be dismissed.

From Kosciusko Circuit Court; *H. S. Biggs,* Judge.

Petition by Wm. C. Davisson and others for the construction of a drain. From a judgment establishing the drain, Samson J. North, the remonstrant, appealed. *Appeal dismissed.*

L. W. *Royse* and B. *Shane,* for appellant.
L. R. *Stookey* and A. F. *Biggs,* for appellees.

BAKER, J.—Petition for the construction of a ditch, by William C. Davisson, Jacob Tusing and ten others. Viewers were appointed by the board of commissioners, who reported in favor of the construction. Appellant, Samson J. North, remonstrated. Reviewers were appointed, who confirmed the report of the viewers, with few alterations. Appellant appealed to the circuit court. Trial by the court, and from the judgment establishing the ditch this appeal is taken.

It is shown by the record that all of the petitioners were parties to the judgment from which this appeal was taken. In the assignment of errors, Jacob Tusing, one of the petitioners, has not been made a party; and over him this court has no jurisdiction. We can not, therefore, determine this cause upon its merits. *Ex parte Sullivan,* 154 Ind. 440, and cases cited.

Appeal dismissed.